JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-110-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TERMINATING SUPERVISED RELEASE |
| STEPHEN J. MOCK, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Mock's supervised release is warranted by the conduct of Mr. Mock and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Mock shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 3rd day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Mock*, CR17-110-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1
2  Submitted by:
3  s/ *Nancy Tenney*
4  Assistant Federal Public Defender
   Attorney for Stephen J. Mock
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Mock*, CR17-110-RSM)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**